FRED M. EGGERT, Appellant, v. MATTHIAS E. STANISLAWSKI, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crosby, J., who dissents and votes for reversal on the authority of Blivin v. Bleakley (23 How. Pr. 124). Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ELEANOR L. REDINGER, an Infant, etc., Respondent, v. CITY OF NIAGARA FALLS, Appellant, and KENNETH L. REDINGER, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES WELLER, an Infant, etc., Respondent, v. CITY OF NIAGARA FALLS, Appellant, and KENNETH L. REDINGER, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CARL A. LONG, JR., an Infant, etc., Respondent, v. CITY OF DUNKIRK and Another, Defendants; GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CARL A. LONG, Respondent, v. CITY OF DUNKIRK and Another, Defendants; GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FLORA L. PRICE, Respondent, v. CLARENCE BISSELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the OVERSEER OF THE POOR OF THE TOWN OF FAYETTE, SENECA COUNTY, N. Y., Respondent, against EDWARD LITZENBERGER, Appellant.— Order reversed on facts and proceeding dismissed on the ground that the evidence as a whole is insufficient to sustain the finding of paternity. All concur, except Taylor, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FOSTER A. GILLILAND and Others, Respondents, v. LINCOLN-ALLIANCE BANK AND TRUST COMPANY, Appellant, and KATHERINE S. KLINK, as Administratrix, etc., of HAROLD L. KLINK, Deceased, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. PER CURIAM: Both in the Special Term and in this court this motion called for the exercise of discretion. We consider that the delay which has already occurred and which is almost certain to occur in the future if the additional defendant is brought in, justified the order made in the exercise of discretion by the Special Term and affirm the order. We do not pass upon the question whether in the case of a recovery against the Lincoln-Alliance Bank and Trust Company and payment, such bank will have a right of action over against the Union Trust Company. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.